1084

DONALD ROSS, ET AL, *Respondents*, v. TY HANSEN, ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-16120-0, John M. Darrah, J., entered May
10, 1993. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Grosse and Webster, JJ.

[No. 33990-7-I.     Division One.     May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRIS S.
FINK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06600-3, Robert H. Alsdorf, J., entered
January 10, 1994. *Affirmed* by unpublished per curiam opin-
ion.

[No. 34409-9-I.     Division One.     May 15, 1995.]

WASHINGTON INSURANCE GUARANTY ASSOCIATION,
*Respondent*, v. U.S. BANCORP, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-15713-0, Laura Inveen, J., entered March
24, 1994. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Webster and Cox, JJ.

[No. 31969-8-I.     Division One.     May 15, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY M.
GILLARD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-8-05161-5, Richard M. Ishikawa, J., entered
March 15, 1993. *Reversed* and *dismissed* by unpublished
opinion per Cox, J., concurred in by Agid, J., and Alsdorf, J.
Pro Tem.